IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAKITA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-712-MEF |
| ) | |
| THE HOME DEPOT U.S.A., INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW Home Depot U.S.A., Inc. ("Defendant"), by and through its undersigned counsel of record, and moves this Court for an enlargement of time, up to and including September 19, 2006, within which to respond to the Complaint herein. As grounds for the granting of this Motion, Defendant shows unto the Court as follows:

1. The Summons and Complaint herein was delivered by certified mail to Defendant's registered agent on August 16, 2006, rendering an Answer or other responsive pleading due on or before September 5, 2006.

2. Undersigned counsel has only recently been retained to represent the Defendant with respect to the above-captioned lawsuit and needs additional time within which to collect documents, investigate Plaintiff's allegations and frame a response to Plaintiff's Complaint herein.

3. Plaintiff's counsel, David R. Arendall, has been contacted by undersigned counsel, Steven M. Stastny, and has consented to the granting of the enlargement of time requested herein.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests an enlargement of time, up to and including September 19, 2006, within which to respond to Plaintiff's Complaint herein.

Respectfully submitted,

**s/Steven M. Stastny**
Steven M. Stastny – ASB-7803-S71S

**s/S. Andrew Scharfenberg**
S. Andrew Scharfenberg – ASB-3700-R50S

Attorneys for Defendant

Ford & Harrison LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
e-mail: sstastny@fordharrison.com
ascharfenberg@fordharrison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David R. Arendall and Allen D. Arnold, ARENDALL & ASSOCIATES, 2018 Morris Avenue, Third Floor, Birmingham, Alabama 35203, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

Respectfully submitted,

**s/ Steven M. Stastny**
Steven M. Stastny
FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: sstastny@fordharrison.com

Birmingham:13749.1