IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAKITA JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-712-MEF |
| | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the Court on Defendant's Motion for Enlargement of Time (Doc. # 4). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 1st day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE