IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAKITA JORDAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:06-CV-712-MEF |
| | ) |
| THE HOME DEPOT U.S.A., INC. | ) |
| | ) |
|     Defendant. | ) |

**REPORT OF PARTIES' PLANNING CONFERENCE**

1. **Participants**. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 28, 2006, for the purpose of conferring and developing a proposed discovery plan:

    a. David R. Arendall,, Esq. for Plaintiff; and

    b. Steven M. Stastny, Esq. for Defendant.

2. **Pre-Discovery Disclosures**. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by **October 20, 2006**.

3. **Discovery.**

    The parties jointly propose to the court the following discovery plan:

    All discovery must be commenced in time to be completed by August 31, 2007.

**Interrogatories:**

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service, as set forth in the Rules.

**Requests for Admission:**

Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service, as set forth in the Rules.

**Requests for Production of Documents:**

Maximum of 40 Requests for Production by each party. Responses due 30 days after service, as set forth in the Rules.

**Depositions:**

Maximum of ten (10) depositions by Plaintiff and ten (10) depositions by Defendant.

Each deposition is limited to a maximum of seven (7) hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due:**

From Plaintiff: March 5, 2007

From Defendant: April 19, 2007

**Supplementations under Rule 26(e) due:**

Supplementations under Rule 26(e) due upon discovery of need to supplement but in no event later than 30 days before close of discovery.

4.     **Other Items.**

**Settlement:**

On or before July 24, 2007, the parties shall conduct face-to-face settlement negotiations. If settlement cannot be reached, counsel shall discuss whether mediation will assist the parties in reaching settlement.  Not less than **Five (5) Days** after this conference, counsel for Plaintiff shall advise the court whether settlement was reached and if mediation is desired**.**

**Conferences:**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on October 1, 2007.

**Join Additional Parties and Amendments:**

Plaintiff should be allowed until January 15, 2007, to join additional parties and to amend the pleadings.

Defendant should be allowed until February 15, 2007, to join additional parties and to amend the pleadings.

**Dispositive Motions:**

All potentially dispositive motions should be filed by July 3, 2007.

**Final Lists of witnesses and exhibits:**

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

From Plaintiff: 30 days prior to trial.

From Defendant: 30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial:**

The case will be ready for trial for the Court's November 5, 2007 jury term, and, at this time, is expected to take 3-4 days.


s/David R. Arendall
David R. Arendall, Esq.
Allen D. Arnold, Esq.
Counsel for Plaintiff

ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
Telephone: (205) 252-1550
Facsimile: (205) 252-1556
E-mail: dra@arendalllaw.com

s/Steven M. Stastny
Steven M. Stastny, Esq.
S. Andrew Scharfenberg, Esq.
Counsel for Defendant

FORD & HARRISON LLP
2100 Third Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: sstastny@fordharrison.com