# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LAKITA JORDAN,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**THE HOME DEPOT U.S.A., INC.,**<br><br>　　**Defendant.** | **CIVIL ACTION NO.**<br>**2:06-CV-712-MEF** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Lakita Jordan and Defendant Home Depot U.S.A., Inc., by and through their respective counsel of record, and stipulate to the dismissal of the above-captioned lawsuit, with prejudice, each party to bear her and its own attorneys' fees and costs.

*/s/ David R. Arendall*

David R. Arendall – ASB-7006-A31D
Attorney for Plaintiff
Arendall & Associates
2018 Morris Ave., 3rd Floor
Birmingham, AL 35203
Telephone: (205) 252-1550
Facsimile: (205) 252-1556
E-mail: dra@arendalllaw.com

- 1 -

/s/ Steven M. Stastny
Steven M. Stastny – ASB-7803-S71S
Attorney for Defendant
Ford & Harrison LLP
2100 Third Ave. N., Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901
E-mail: sstastny@fordharrison.com

Birmingham:14687.1